EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2002

at ___ o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. CR02-00285 HG |
| Plaintiff, | ) INDICTMENT |
| vs. | ) [18 U.S.C. § 922(g)(3)] |
| TEDORIAN C. GALLANO, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

On or about March 23, 2001, in the District of Hawaii, defendant TEDORIAN C. GALLANO, being an unlawful user of and addicted to a controlled substance, to wit, marijuana, did knowingly possess in and affecting commerce a firearm, that is, a Remington Model 870, 12 gauge shotgun, Serial # W906319M and a Raven Arms Model MP-25, .25 caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATE: July 2, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Tedorian C. Gallano
Cr. No. _____
INDICTMENT

2